NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


CARLOS AGOSTO, DOC #T15422,           )
                                      )
          Appellant,                  )
                                      )
v.                                    )          Case No. 2D18-1358
                                      )
STATE OF FLORIDA,                     )
                                      )
          Appellee.                   )
_____)

Opinion filed January 11, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Samantha L. Ward,
Judge.

Carlos Agosto, pro se.


PER CURIAM.


          Affirmed.


KELLY, VILLANTI, and BLACK, JJ., Concur.